AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 19 2023

KEVIN P WEIMER, Clerk
By: Kimberly Hatchel Deputy Clerk

Ronnie A. Williams
*Plaintiff(s)*

v.

Jeffery Mann
Melody Maddox
Mereda Davis Johnson
Captain: S. Terry
D/O Jenkins
Officer: Soares
Officer: SPT Fears
Officer: Falade
Zach Williams

*Defendant(s)*

Civil Action No. 1:23-CV-1797

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jeffery Mann          D/O Jenkins          Zach Williams
Melody Maddox         Officer: Soares
Mereda Davis Johnson  Officer: SPT Fears   Dekalb County Jail
Captain: S. Terry     Officer: Falade      4425 Memorial Dr
                                           Decatur, GA 30032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                               *Signature of Clerk or Deputy Clerk*