# 1:23-CV-1797

## CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE _____       DIVISION __Atlanta__

MAG. JUDGE _____       IFP __✓__       FEE _____

DATE FILED __4-19-23__       PREVIOUS CASES __NO__

NAME __Ronnie A. Williams__       ID # __X0213156__

PRO SE __✓__       ATTORNEY _____

PLACE OF INCARCERATION __DeKalb County Jail__

CITY __Decatur__       STATE __GA__       COUNTY __DeKalb__

| JURISD | NOS | CAUSE | DESCRIPTION |
|--------|-----|-------|-------------|
| 3 | 530 | ___28:2254 | Habeas action by a STATE prisoner challenging state convictions or sentence. |
| 3 | 535 | ___28:2254d | Habeas action by a STATE prisoner under a DEATH sentence. _____SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___28:2241st | Habeas action by a STATE prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 2 | 530 | ___28:2241fd | Habeas action by a FEDERAL prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 3 | 550 | ___42:1983pr | STATE or FEDERAL prisoner civil rights action suing State officials not involving prison conditions. A/K/A BIVENS action. |
| 2 | 550 | ___28:1331pr | Prisoner civil rights action suing Federal officials **not** Involving prison conditions. A/K/A BIVENS action. |
| 3 | 555 | ___42:1983pr | STATE prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___28:1331pr | Prisoner civil rights action suing Federal officials Involving prison conditions. A/K/A Bivens action. |
| 2 | 540 | ___28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ ____ | OTHER: _____ |

_____ DOCKET CLERK: Place cover sheet on top of docket sheet and file. FORWARD to Magistrate Judge Assigned for IFP and/or frivolity determinations.

_____ STAFF LAW CLERK:

____Pauper's affidavit insufficient or no affidavit

____Complaint or petition not signed or is incomplete

____No copies

____Other: _____

Ronnie Williams   XO213156
4425 Memorial Dr   YSW 208
Decatur, GA 30032

CLEARED DATE
APR 1 9 2023
U.S. Marshals Service
Atlanta, GA 30303



Clerk, U.S. District Court
Northern District of Georgia
2211 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3361